**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 MM 2019 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| ADAM EUGENE PITTINGER, | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Appointment of Counsel are DENIED.